**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kristin Lynn Lockhart<br>              <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-16216 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS, F.A., and index same on the master mailing list.

Re: Loan # Ending In: 4864

                                            Respectfully submitted,

                                            **/s/Denise Carlon, Esquire**
                                            Denise Carlon, Esquire
                                            Thomas Puleo, Esquire
                                            Brian C. Nicholas, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6309 FAX (215) 825-6409