UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

KRISTIN LYNN LOCKHART
                                                                : Bankruptcy No. 16-16216REF
       Debtor(s)                        : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 22, 2016**

Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOSEPH L QUINN ESQ
LAW OFFICE OF STEPHEN ROSS PC
152 E HIGH ST  STE 100
POTTSTOWN PA 19464-

KRISTIN LYNN LOCKHART
528 W. 2ND STREET
BIRDSBORO,PA.19508