United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16216-ref
Kristin Lynn Lockhart                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1           Date Rcvd: Dec 22, 2016
                              Form ID: pdf900         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db              #+Kristin Lynn Lockhart,    528 W. 2nd Street,    Birdsboro, PA 19508-2116
smg              +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                   Allentown, PA 18101-1603
smg               City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg              +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg              +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13833364         +CU Members Mortgage,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                   Philadelphia, PA 19106-1541
13799557         +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
13786394         +Citizens One Auto Finance,    480 Jefferson Blvd,    Warwick, RI 02886-1359
13786396         +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13786397         +Shawn Lockhart,    528 W. 2nd Street,    Birdsboro, PA 19508-2116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              +E-mail/Text: robertsl2@dnb.com Dec 23 2016 02:08:30     Dun & Bradstreet, INC,
                   3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2016 02:08:13
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 23 2016 02:08:39     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13786395         +E-mail/Text: bankruptcydesk@colonialsavings.com Dec 23 2016 02:08:37
                   Colonial Savings & Loan,    2600 West Fwy,   Fort Worth, TX 76102-7109
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    CU Members Mortgage bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH L QUINN    on behalf of Debtor Kristin Lynn Lockhart CourtNotices@sjr-law.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

KRISTIN LYNN LOCKHART
                                              : Bankruptcy No. 16-16216REF
        Debtor(s)                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 22, 2016**

Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOSEPH L QUINN ESQ
LAW OFFICE OF STEPHEN ROSS PC
152 E HIGH ST  STE 100
POTTSTOWN PA 19464-

KRISTIN LYNN LOCKHART
528 W. 2ND STREET
BIRDSBORO,PA.19508